# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ERIC P. TAYLOR,<br><br>　　Plaintiff,<br>v.<br><br>TUCKER, ALBIN AND ASSOCIATES, LLC,<br><br>　　Defendant. | Case No.  4:18-cv-00460-KPJ<br><br>Honorable Judge Amos L. Mazzant<br><br>Magistrate Judge Kimberly C. Priest Johnson |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff ERIC P. TAYLOR, and the Defendant, TUCKER, ALBIN AND ASSOCIATES, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against TUCKER, ALBIN AND ASSOCIATES, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 18, 2019                                       Respectfully Submitted,

**ERIC P. TAYLOR**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

**TUCKER, ALBIN AND ASSOCIATES, LLC,**

/s/ Jason Lee Van Dyke (*with consent*)
Jason Lee Van Dyke
*Counsel for Defendant*
108 Durango Drive
Crossroads, TX 76227
Phone: (469) 964-5346
Phone: (972) 421-1830
jason@vandykelawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                s/ Nathan C. Volheim_____
                                                Nathan C. Volheim